No. 335.   OLD GOLD CHEMICAL CO., INC. v. CHESE-BROUGH MANUFACTURING CO.   October 15, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. L. E. Gwinn* for petitioner.   *Messrs. Charles N. Burch, Hugh M. Morris,* and *Wm. Wallace White* for respondent.

No. 336.   STANDARD OIL CO. (INDIANA) v. UNITED STATES.   October 15, 1934.   Petition for writ of certiorari to the Court of Claims denied.   *Messrs. Albert L. Hopkins, Harry B. Sutter, Louis L. Stephens,* and *Anderson A. Owen* for petitioner.   *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. H. Brian Holland* for the United States.

No. 337.   UNITED STATES v. AMERICAN SAFETY RAZOR CORP.   October 15, 1934.   Petition for writ of certiorari to the Court of Claims denied.   *Solicitor General Biggs* for the United States.   *Messrs. Charles D. Hamel* and *John Enrietto* for respondent.

No. 341.   SAUNDERS, TRUSTEE IN BANKRUPTCY, v. GIVEN.   October 15, 1934.   Petition for writ of certiorari to the Court of Civil Appeals, 8th Supreme Judicial District, of Texas, denied.   *Mr. U. S. Goen* for petitioner.   *Messrs. Thornton Hardie* and *Ben R. Howell* for respondent.

No. 343.   UNITED STATES v. YOUNGSTOWN SHEET & TUBE CO.   October 15, 1934.   Petition for writ of certiorari to the Court of Claims denied.   *Solicitor General*